**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RACHEL BRAATEN,**

              **Plaintiff,**

**-vs-**                                      **Case No. 6:04-cv-1414-Orl-31KRS**

**CAROL GRANT, MARC KURZMAN,**
**KURZMAN, GRANT & OJALA LAW**
**OFFICES CHARTERED,**

              **Defendants.**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS' MARK KURZMAN, CAROL GRANT, AND KURZMAN, GRANT & OJALA LAW OFFICES PURSUANT TO FED. R. CIV. PROC. 55(a) (Doc. No. 201)** |
| **FILED:** | **April 11, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Defendants Marc Kurzman, Carol Grant and Kurzman, Grant & Ojala Law Offices, Chartered (collectively "the defendants") filed an answer to Plaintiff Rachel Braaten's Third Amended Complaint on April 13, 2005. Doc. No. 206. Thus, an entry of default against the defendants is not warranted. Fed. R. Civ. P. 55(a).

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2005.

                                                            *Karla R. Spaulding*
                                                            KARLA R. SPAULDING
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties